No. 71–732. SCHNECKLOTH, CONSERVATION CENTER SUPERINTENDENT *v.* BUSTAMONTE. C. A. 9th Cir. [Certiorari granted, *ante,* p. 953.] Motion of respondent for appointment of counsel granted. It is ordered that Stuart P. Tobisman, Esquire, of Los Angeles, California, be, and he is hereby, appointed to serve as counsel for respondent *pro hac vice* in this case.

No. 71–829. MOURNING *v.* FAMILY PUBLICATIONS SERVICE, INC. C. A. 5th Cir. [Certiorari granted, *ante,* p. 987.] Motion of petitioner for leave to proceed further herein *in forma pauperis* granted.

No. 71–1016. FEDERAL POWER COMMISSION *v.* LOUISIANA POWER & LIGHT CO. ET AL.; and

No. 71–1040. UNITED GAS PIPE LINE CO. ET AL. *v.* LOUISIANA POWER & LIGHT CO. ET AL. C. A. 5th Cir. [Certiorari granted, *ante,* p. 973.] Motions of Atlanta Gas Light Co. et al., Monsanto Co. et al., and Humble Oil & Refining Co. for leave to file briefs as *amici curiae* granted. Motions of State of Louisiana, Humble Oil & Refining Co., and Mobile Gas Service Corp. et al. for leave to participate in oral argument as *amici curiae* denied. MR. JUSTICE POWELL took no part in the consideration or decision of these motions.

No. 71–1017. GRAVEL *v.* UNITED STATES; and

No. 71–1026. UNITED STATES *v.* GRAVEL. C. A. 1st Cir. [Certiorari granted, *ante,* p. 916.] Motion requesting permission to divide time for oral argument on behalf of *amicus curiae* granted.

No. A–962 (71–1248). CALIFORNIA *v.* ANDERSON. Sup. Ct. Cal. Renewed application for stay denied.

No. 71–5671. GIDMARK *v.* BENSON, PRISON CAMP ADMINISTRATOR. Motion for leave to file petition for writ of habeas corpus denied. MR. JUSTICE DOUGLAS is of the opinion that the motion should be granted.